UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LYNN MAYER'S GREAT LAKES GLADS, INC., <br> Plaintiff, <br> -v- <br> BTR OF ORLAND, INC., D/B/A ORLAND COMMUNITY ELEVATOR, <br> Defendant. | No. 1:17-cv-538 <br><br> HONORABLE PAUL L. MALONEY |

# JUDGMENT

In accordance with the jury verdict returned and entered on March 1, 2019, and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters in favor of Plaintiff Lynn Mayer Great Lakes Glads, Inc. and against Defendant BTR of Orland, Inc. Plaintiff is hereby awarded damages in the amount of $1,279,673.29 plus pre- and post-judgment interest at the statutory rate.

- **2016–2018:** $471,976.65 ($157,325.55 x 3)
- **2019:** $149,833.86 ($157,325.55 / 1.05)
- **2020:** $143,023.23 ($157,325.55 / 1.10)
- **2021:** $136,804.83 ($157,325.55 / 1.15)
- **2022:** $131,104.63 ($157,325.55 / 1.20)
- **2023:** $125,860.44 ($157,325.55 / 1.25)
- **2024:** $121,019.65 ($157,325.55 /1.30)

IT IS SO ORDERED.

Date:  March 4, 2019                             /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge